MICHAEL ROUSE, Individually and as President, and JOSEPH GOLDSTEIN, Individually and as Treasurer of LOCAL UNION 379 OF THE INTERNATIONAL UNION OF STEAM AND OPERATING ENGINEERS, Appellants, v. JOHN J. McDONALD, as Acting President and Vice-President of the INTERNATIONAL UNION OF STEAM AND OPERATING ENGINEERS, Respondent, Impleaded with Others.— Order granting motion of defendant John J. McDonald to vacate service of the summons and complaint upon him as acting president of the International Union of Steam and Operating Engineers, unanimously reversed, with twenty dollars costs and disbursements and the motion denied, with ten dollars costs, with leave to the defendant-respondent to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ZENOBIA COMPANY, INC., Respondent, v. AMERICAN PISTACHIO CORPORATION and Others, Appellants, Impleaded with Others. (Consolidated Appeals.) — Order denying motion of defendants George B. Zaloom and Khoren Basmadjian to require plaintiff to separately state and number the causes of action set forth in the complaint; to make its complaint more definite and certain; and to strike out certain allegations contained therein; order denying motion of defendants American Pistachio Corporation, Harry Basmadjian, Fathallah Coussa, Habib Rassi and Constantine Debany to compel plaintiff to separately state and number the cause of action set forth in the complaint; and order denying motion of defendants Pistachio Sales Company, Inc., Kareem Debany, Edgar Debany and Ann Saqqal to compel plaintiff to separately state and number the causes of action set forth in the complaint, to make its complaint more definite and certain with respect to certain items and to strike out certain items, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order, upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and to Conserve the Assets of the INTERNATIONAL REINSURANCE CORPORATION, DOVER, DELAWARE. In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, etc., re INDEPENDENCE INDEMNITY COMPANY. In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, etc., re PUBLIC INDEMNITY COMPANY.— Order confirming referee's report unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the UNION MUTUAL CASUALTY INSURANCE CORPORATION, Respondent. Claim of BERMEY REALTY CO., INC., Appellant. (Claim No. 13-G.) — Order confirming referee's report disallowing the claim of Bermey Realty Co., Inc., unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.